IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA

v.    CASE NO. 5:10cr31-RH

LEONARD TERRANCE PHILLIPS,

    Defendant.

_____/

## ORDER DENYING EARLY TERMINATION OF SUPERVISED RELEASE

The defendant Leonard Terrance Phillips has submitted a letter asking for early termination of his supervised release. He has not shown that the purposes of supervision have been satisfied or that further supervision would serve no purpose. He has not shown that early termination is warranted by his conduct and the interest of justice. *See* 18 U.S.C. § 3583(e)(1).

Accordingly,

IT IS ORDERED:

The defendant's letter, ECF No. 38, is treated as a motion for early termination of supervised release. The motion is DENIED.

SO ORDERED on August 21, 2015.

                                            s/Robert L. Hinkle
                                            United States District Judge